FILED
1/11/21 2:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>THIAGO R. DEMIRA<br>JACQUELYN A. DEMIRA<br>*Debtors* | :<br>:<br>:<br>: | Case No. 15-24374-TPA<br>Chapter 13 |
| RONDA J. WINNECOUR,<br>CHAPTER 13 TRUSTEE<br>*Movant* | :<br>:<br>:<br>: | Related to Document No. 87 |
| v. | :<br>: | |
| NEWREZ, LLC DBA SHELLPOINT<br>MORTGAGE SERVICING<br>*Respondent* | :<br>:<br>: | Hearing: February 3, 2021 at 11:00 A.M. |

## ORDER SCHEDULING HEARING

On January 8, 2021, a ***Stipulation Resolving Notice of Final Cure*** ("Stipulation") was filed by NewRez, LLC d/b/a Shellpoint Mortgage Servicing at Document No. 87 in the above-captioned proceeding. Therefore,

***AND NOW***, this ***11th*** day of ***January 2021,*** it is hereby ***ORDERED, ADJUDGED and DECREED*** that:

(1) A hearing on the *Stipulation* is scheduled on ***February 3, 2021*** at ***11:00 A.M.*** at which time the parties and/or their counsel shall appear via the ***Zoom Video Conference Application*** and must comply with Judge Agresti's ***Amended Notice of Temporary Modification of Appearance Procedures***, dated and effective June 10, 2020, which can be found on the Court's website at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf.

(2) To participate join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time:

https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488.  For questions regarding the connection contact Judge Agresti's Staff Attorney Courtney Helbling at 814-464-9781.

Case Administrator to serve:
    Keri P. Ebeck, Esq.
    Kenneth Steidl, Esq.
    Ronda J. Winnecour, Esq.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm