**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Thiago R. Demira |
| Debtor 2 (Spouse, if filing) | Jacquelyn A. Demira |
| United States Bankruptcy Court for the: | Western    District of    Pennsylvania (State) |
| Case number | 15-24374-TPA |

## Form 4100R

# Amended Response to Notice of Final Cure Payment        10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| **Part 1:** | **Mortgage Information** | **Statement / Response Date:** 01/29/2021 |
|---|---|---|

**Name of creditor:**   NewRez LLC d/b/a Shellpoint Mortgage Servicing

**Court claim no.** (if known): 18

**Last 4 digits** of any number you use to identify the debtor's account:   2642

**Property address:**   3660 Ashland Dr
Number          Street

Bethel Park, Pennsylvania 15102
City                          State      ZIP Code

| **Part 2:** | **Prepetition Default Payments** |
|---|---|

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

_____

| **Part 3:** | **Postpetition Mortgage Payment** |
|---|---|

*Check one*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   02/01/2021
MM / DD  /  YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| Debtor 1 | Thiago R. Demira | Case number (if known) | 15-24374-TPA |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

a.  Total postpetition ongoing payments due:                          (a)    $0.00

b.  Total fees, charges, expenses, escrow, and costs outstanding:   + (b)    $0.00

c.  **Total**. Add lines a and b.                                    (c)    $0.00

Creditor asserts that the debtor(s) are contractually
obligated for the postpetition payment(s) that first became    _____
due on:                                                        MM / DD  / YYYY

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are
not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach
an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this
response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:    Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's
proof of claim**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my
knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice
address listed on the proof of claim to which this response applies.

**✗**  /s/ **Mukta Suri**                                    Date   01/29/2021

Signature

| Print | **Mukta Suri** | | | Title | Authorized Agent for NewRez |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | LLC d/b/a Shellpoint Mortgage Servicing |

Company    Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

| Address | P.O. Box 9013 | |
|---|---|---|
| | Number       Street | |
| | Addison, Texas 75001 | |
| | City          State | ZIP Code |

Contact phone    _____(972) 643-6600_____    Email    POCInquiries@BonialPC.com

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before January 29, 2021 via electronic notice unless otherwise stated.

**Debtor**              *Via U.S. Mail*
Thiago R. Demira
3660 Ashland Dr
Bethel Park, Pennsylvania 15102

**Debtor**              *Via U.S. Mail*
Jacquelyn A. Demira
3660 Ashland Dr
Bethel Park, Pennsylvania 15102


**Debtors' Attorney**
Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower, 707 Grant Street
Pittsburgh, Pennsylvania  15219

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, Pennsylvania 15219


                              Respectfully Submitted,

                              /s/  **Mukta Suri**                              >>

**Loan ID:** ▮▮▮▮

**Borrower Name:** JACQUELYN A DEMIRA

**Address:** 3660 ASHLAND DR
BETHEL PARK, PA  15102

------------------------- CURRENT ACCOUNT INFORMATION -------------------------

| Due Date | Total Pmt Amt | P&I Amount | Interest Rate | Prin Bal | Escrow Bal | Suspense Bal |
|---|---|---|---|---|---|---|
| 2/1/2021 | $1,277.32 | $854.63 | 5.00% | $119,548.20 | $5,093.58 | $0.00 |

| Transaction Date | Effective Date | Due Date | Transaction Amount | Description | Sub Code | Money Type | Reversal Flag | Reversal Code | Principal Amount | Interest Amount | Escrow Amount | Late Charges | Principal Balance | Escrow Balance | Late Charge Balance | Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2020 | 12/31/2020 | 2/1/2021 | ($15.00) | Other Fees Disb | Property Inspection | Check | None | None | | | $0.00 | $0.00 | $119,548.20 | $5,093.58 | $0.00 | 0.00 |
| 12/30/2020 | 12/30/2020 | 1/1/2021 | ($1,277.32) | Unapplied Payment | | Unappld | None | None | | | $0.00 | $0.00 | $121,317.74 | $4,670.89 | $0.00 | 1420.40 |
| 12/30/2020 | 12/30/2020 | 1/1/2021 | $1,277.32 | Regular Payment | | Unappld | None | None | $349.14 | $505.49 | $422.69 | $0.00 | $120,968.60 | $5,093.58 | $0.00 | 1420.40 |
| 12/30/2020 | 12/30/2020 | 2/1/2021 | ($1,420.40) | Unapplied Payment | | Unappld | None | None | | | $0.00 | $0.00 | $120,968.60 | $5,093.58 | $0.00 | 0.00 |
| 12/30/2020 | 12/30/2020 | 1/1/2021 | $1,420.40 | Principal Only Payment | | Unappld | None | None | $1,420.40 | $0.00 | $0.00 | $0.00 | $119,548.20 | $5,093.58 | $0.00 | 0.00 |
| 12/29/2020 | 12/29/2020 | 11/1/2020 | ($1,277.32) | Unapplied Payment | | Unappld | None | None | | | $0.00 | $0.00 | $122,011.68 | $3,825.51 | $0.00 | 3975.04 |
| 12/29/2020 | 12/29/2020 | 11/1/2020 | $1,277.32 | Regular Payment | | Unappld | None | None | $346.25 | $508.38 | $422.69 | $0.00 | $121,665.43 | $4,248.20 | $0.00 | 3975.04 |
| 12/29/2020 | 12/29/2020 | 12/1/2020 | ($1,277.32) | Unapplied Payment | | Unappld | None | None | | | $0.00 | $0.00 | $121,665.43 | $4,248.20 | $0.00 | 2697.72 |
| 12/29/2020 | 12/29/2020 | 12/1/2020 | $1,277.32 | Regular Payment | | Unappld | None | None | $347.69 | $506.94 | $422.69 | $0.00 | $121,317.74 | $4,670.89 | $0.00 | 2697.72 |
| 12/28/2020 | 12/28/2020 | 10/1/2020 | ($1,277.32) | Unapplied Payment | | Unappld | None | None | | | $0.00 | $0.00 | $122,356.49 | $3,402.82 | $0.00 | 5252.36 |
| 12/28/2020 | 12/28/2020 | 10/1/2020 | $1,277.32 | Regular Payment with Adjust | | Unappld | None | None | $344.81 | $509.82 | $422.69 | $0.00 | $122,011.68 | $3,825.51 | $0.00 | 5252.36 |
| 12/28/2020 | 9/8/2020 | 10/1/2020 | ($6,351.98) | 3rd Party Recov Fees Pmt | Reimbrsmt | Other | None | None | | | $0.00 | $0.00 | $122,356.49 | $3,402.82 | $0.00 | 177.70 |
| 12/28/2020 | 9/8/2020 | 10/1/2020 | $6,351.98 | Unapplied Payment | | Other | None | None | | | $0.00 | $0.00 | $122,356.49 | $3,402.82 | $0.00 | 6529.68 |
| 12/25/2020 | 12/25/2020 | 10/1/2020 | ($500.00) | 3rd Party Recov Fees Disb | Bk Costs | Check | None | None | | | $0.00 | $0.00 | $122,356.49 | $3,402.82 | $0.00 | 177.70 |
| 12/21/2020 | 12/21/2020 | 8/1/2020 | ($1,277.88) | Nonrecoverable Fees Pmt | BK | Other | Reversal | None | | | $0.00 | $0.00 | $123,041.83 | $2,438.29 | $0.00 | 1537.61 |
| 12/21/2020 | 12/21/2020 | 8/1/2020 | $1,277.88 | Unapplied Payment | | Other | None | None | | | $0.00 | $0.00 | $123,041.83 | $2,438.29 | $0.00 | 2815.49 |
| 12/21/2020 | 12/21/2020 | 8/1/2020 | $1,277.88 | Nonrecoverable Fees Pmt | BK | Other | None | Reversal | | | $0.00 | $0.00 | $123,041.83 | $2,438.29 | $0.00 | 2815.49 |
| 12/21/2020 | 12/21/2020 | 8/1/2020 | ($1,277.88) | Nonrecoverable Fees Pmt | BK | Other | None | None | | | $0.00 | $0.00 | $123,041.83 | $2,438.29 | $0.00 | 2815.49 |
| 12/21/2020 | 12/21/2020 | 8/1/2020 | ($6.00) | Nonrecoverable Fees Pmt | BK | Other | None | None | | | $0.00 | $0.00 | $123,041.83 | $2,438.29 | $0.00 | 2815.49 |
| 12/21/2020 | 12/21/2020 | 8/1/2020 | $6.00 | Unapplied Payment | | Other | None | None | | | $0.00 | $0.00 | $123,041.83 | $2,438.29 | $0.00 | 2821.49 |
| 12/21/2020 | 12/21/2020 | 5/1/2020 | ($15.00) | Other Fee Payment | Property Inspection | Prepetition | None | Reversal | | | $0.00 | $0.00 | $123,041.83 | $2,438.29 | $0.00 | 2821.49 |
| 12/21/2020 | 12/21/2020 | 5/1/2020 | ($15.00) | Other Fee Payment | Property Inspection | Prepetition | None | Reversal | | | $0.00 | $0.00 | $123,041.83 | $2,438.29 | $0.00 | 2821.49 |
| 12/21/2020 | 12/21/2020 | 8/1/2020 | $30.00 | Unapplied Payment | | Other | None | None | | | $0.00 | $0.00 | $123,041.83 | $2,438.29 | $0.00 | 2851.49 |
| 12/21/2020 | 12/21/2020 | 10/1/2020 | $30.00 | Other Fee Payment | Property Inspection | Lockbox | None | None | | | $0.00 | $0.00 | $122,356.49 | $3,402.82 | $0.00 | 177.70 |
| 12/21/2020 | 12/21/2020 | 10/1/2020 | ($30.00) | 3rd Party Recov Fees Pmt | Property Inspection | Lockbox | None | None | | | $0.00 | $0.00 | $122,356.49 | $3,402.82 | $0.00 | 177.70 |
| 12/21/2020 | 12/20/2020 | 8/1/2020 | ($99.21) | Unapplied Payment | | Other | None | None | | | $0.00 | $0.00 | $123,041.83 | $2,438.29 | $0.00 | 2752.28 |
| 12/21/2020 | 12/20/2020 | 8/1/2020 | $99.21 | Escrow Only Payment | | Other | None | None | | | $99.21 | $0.00 | $123,041.83 | $2,537.50 | $0.00 | 2752.28 |
| 12/21/2020 | 12/20/2020 | 8/1/2020 | ($972.18) | Prepetition Unapplied Pmt | | Other | None | None | | | $0.00 | $0.00 | $123,041.83 | $2,537.50 | $0.00 | 1780.10 |
| 12/21/2020 | 12/20/2020 | 8/1/2020 | $972.18 | Unapplied Payment | | Other | None | None | | | $0.00 | $0.00 | $123,041.83 | $2,537.50 | $0.00 | 2752.28 |
| 12/21/2020 | 12/20/2020 | 8/1/2020 | ($2,574.58) | Unapplied Payment | | Other | None | None | | | $0.00 | $0.00 | $123,041.83 | $2,537.50 | $0.00 | 177.70 |
| 12/21/2020 | 12/20/2020 | 8/1/2020 | $1,287.29 | Regular Payment | | Other | None | None | $341.96 | $512.67 | $432.66 | $0.00 | $122,699.87 | $2,970.16 | $0.00 | 177.70 |
| 12/21/2020 | 12/20/2020 | 9/1/2020 | $1,287.29 | Regular Payment | | Other | None | None | $343.38 | $511.25 | $432.66 | $0.00 | $122,356.49 | $3,402.82 | $0.00 | 177.70 |
| 12/10/2020 | 12/10/2020 | 7/1/2020 | ($9.97) | Unapplied Payment | | ACH | None | None | | | $0.00 | $0.00 | $123,382.37 | $2,005.63 | $0.00 | 1537.61 |
| 12/10/2020 | 12/10/2020 | 7/1/2020 | $1,287.29 | Regular Payment | | ACH | None | None | $340.54 | $514.09 | $432.66 | $0.00 | $123,041.83 | $2,438.29 | $0.00 | 1537.61 |
| 12/8/2020 | 12/8/2020 | 7/1/2020 | ($5.00) | 3rd Party Recov Fees Disb | Tax Search Report | ACH | None | None | | | $0.00 | $0.00 | $123,382.37 | $2,005.63 | $0.00 | 1547.58 |
| 12/4/2020 | 12/4/2020 | 6/1/2020 | ($1,265.78) | Unapplied Payment | | Unappld | None | None | | | $0.00 | $0.00 | $123,721.49 | $1,594.48 | $0.00 | 1547.58 |
| 12/4/2020 | 12/4/2020 | 6/1/2020 | $1,265.78 | Regular Payment with Adjust | | Unappld | None | None | $339.12 | $515.51 | $411.15 | $0.00 | $123,382.37 | $2,005.63 | $0.00 | 1547.58 |
| 12/3/2020 | 12/3/2020 | 5/1/2020 | $2,576.58 | Prepetition Unapplied Pmt | | Trustee Check | Misapplied Payment | None | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $0.00 | 4079.14 |
| 12/3/2020 | 12/3/2020 | 5/1/2020 | ($2,576.58) | Prepetition Unapplied Pmt | | Trustee Check | None | Misapplied Payment | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $0.00 | 1502.56 |
| 12/3/2020 | 12/3/2020 | 5/1/2020 | $2,576.58 | Unapplied Payment | | Post Pet - Trustee | None | None | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $0.00 | 4079.14 |
| 12/3/2020 | 12/3/2020 | 5/1/2020 | ($5.30) | 3rd Party Recov Fees Disb | Bk Costs | ACH | None | None | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $0.00 | 4079.14 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/3/2020 | 12/3/2020 | 5/1/2020 | ($26.50) | 3rd Party Recov Fees Disb | Bk Costs | ACH | None | None | | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $0.00 | 4079.14 |
| 12/3/2020 | 12/3/2020 | 5/1/2020 | | 3rd Party Recov Fees Disb | Bk Costs | ACH | None | None | | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $0.00 | 4079.14 |
| 12/3/2020 | 12/3/2020 | 5/1/2020 | ($1,265.78) | Unapplied Payment | | Unapplied | None | None | | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $0.00 | 2813.36 |
| 12/3/2020 | 12/3/2020 | 5/1/2020 | $1,265.78 | Regular Payment with Adjust | | Unapplied | None | None | $337.72 | $516.91 | $411.15 | $0.00 | $123,721.49 | $1,594.48 | $0.00 | 2813.36 |
| 12/2/2020 | 12/2/2020 | 5/1/2020 | ($15.00) | Other Fees Disb | Property Inspection | Check | None | None | | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $0.00 | 1517.56 |
| 12/2/2020 | 12/2/2020 | 5/1/2020 | ($0.05) | 3rd Party Recov Fees Disb | Insurance Cost | ACH | None | None | | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $0.00 | 1517.56 |
| 12/2/2020 | 12/2/2020 | 5/1/2020 | ($0.10) | 3rd Party Recov Fees Disb | Insurance Cost | ACH | None | None | | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $0.00 | 1517.56 |
| 12/2/2020 | 12/2/2020 | 5/1/2020 | ($15.00) | Prepetition Unapplied Pmt | | Prepetition | None | None | | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $0.00 | 1502.56 |
| 12/2/2020 | 12/2/2020 | 5/1/2020 | $15.00 | Other Fee Payment | Property Inspection | Prepetition | Reversal | None | | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $0.00 | 1502.56 |
| 11/24/2020 | 11/24/2020 | 5/1/2020 | ($20.00) | 3rd Party Recov Fees Disb | Document Retrieval | ACH | None | None | | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $0.00 | 1781.16 |
| 11/17/2020 | 11/17/2020 | 5/1/2020 | ($15.00) | Prepetition Unapplied Pmt | | Prepetition | None | None | | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $213.60 | 1781.16 |
| 11/17/2020 | 11/17/2020 | 5/1/2020 | $15.00 | Other Fee Payment | Property Inspection | Prepetition | Reversal | None | | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $213.60 | 1781.16 |
| 11/17/2020 | 11/17/2020 | 5/1/2020 | ($213.60) | Prepetition Unapplied Pmt | | Prepetition | None | None | | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $213.60 | 1567.56 |
| 11/17/2020 | 11/17/2020 | 5/1/2020 | $213.60 | Late Charge Payment | | Prepetition | None | None | | | | $0.00 | $213.60 | $124,059.21 | $1,183.33 | $0.00 | 1567.56 |
| 11/17/2020 | 11/17/2020 | 5/1/2020 | ($50.00) | Prepetition Unapplied Pmt | | Prepetition | None | None | | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $0.00 | 1517.56 |
| 11/17/2020 | 11/17/2020 | 5/1/2020 | $50.00 | NSF Fee Payment | | Prepetition | None | None | | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $0.00 | 1517.56 |
| 11/17/2020 | 11/12/2020 | 5/1/2020 | $1,265.78 | Prepetition Unapplied Pmt | | Trustee Check | None | None | | | | $0.00 | $0.00 | $124,059.21 | $1,183.33 | $213.60 | 1796.16 |
| 11/5/2020 | 11/5/2020 | 4/1/2020 | ($1,265.78) | Unapplied Payment | | Unapplied | None | None | | | | $0.00 | $0.00 | $124,395.53 | $772.18 | $213.60 | 530.38 |
| 11/5/2020 | 11/5/2020 | 4/1/2020 | $1,265.78 | Regular Payment with Adjust | | Unapplied | None | None | $336.32 | $518.31 | $411.15 | $0.00 | $124,059.21 | $1,183.33 | $213.60 | 530.38 |
| 11/5/2020 | 11/4/2020 | 4/1/2020 | $1,277.32 | Unapplied Payment | | Post Pet - Trustee | None | None | | | | $0.00 | $0.00 | $124,395.53 | $772.18 | $213.60 | 1796.16 |
| 10/29/2020 | 10/29/2020 | 4/1/2020 | ($18.00) | 3rd Party Recov Fees Disb | Assignment Prep | ACH | None | None | | | | $0.00 | $0.00 | $124,395.53 | $772.18 | $213.60 | 518.84 |
| 10/19/2020 | 10/19/2020 | 4/1/2020 | ($15.00) | Other Fees Disb | Property Inspection | Check | None | None | | | | $0.00 | $0.00 | $124,395.53 | $772.18 | $213.60 | 518.84 |
| 10/19/2020 | 10/19/2020 | 4/1/2020 | $15.00 | Other Fee Payment | Property Inspection | Lockbox | None | None | | | | $0.00 | $0.00 | $124,395.53 | $772.18 | $213.60 | 518.84 |
| 10/19/2020 | 10/19/2020 | 4/1/2020 | ($15.00) | 3rd Party Recov Fees Pmt | Property Inspection | Lockbox | None | None | | | | $0.00 | $0.00 | $124,395.53 | $772.18 | $213.60 | 518.84 |
| 10/8/2020 | 10/8/2020 | 4/1/2020 | ($125.00) | 3rd Party Recov Fees Disb | Bk Costs | Check | None | None | | | | $0.00 | $0.00 | $124,395.53 | $772.18 | $213.60 | 518.84 |
| 10/7/2020 | 10/7/2020 | 4/1/2020 | ($15.00) | Other Fees Disb | Property Inspection | Check | None | None | | | | $0.00 | $0.00 | $124,395.53 | $772.18 | $213.60 | 518.84 |
| 9/8/2020 | 9/8/2020 | 3/1/2020 | ($1,265.78) | Unapplied Payment | | Unapplied | None | None | | | | $0.00 | $0.00 | $124,730.45 | $361.03 | $213.60 | 518.84 |
| 9/8/2020 | 9/8/2020 | 3/1/2020 | $1,265.78 | Regular Payment | | Unapplied | None | None | $334.92 | $519.71 | $411.15 | $0.00 | $124,395.53 | $772.18 | $213.60 | 518.84 |
| 9/5/2020 | 9/5/2020 | 3/1/2020 | $0.00 | New Loan | | None | None | None | $124,730.45 | $0.00 | | | $124,730.45 | $361.03 | $213.60 | 1784.62 |
| 8/31/2020 | 8/28/2020 | 2/1/2020 | $1,265.78 | Regular Payment | | PriorServicer | None | None | $333.53 | $521.10 | $411.15 | $0.00 | $124,730.45 | $361.03 | $213.60 | 1784.62 |
| 8/13/2020 | 8/13/2020 | 1/1/2020 | ($15.00) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer | None | None | | | | $0.00 | $0.00 | $125,063.98 | ($50.12) | $213.60 | 1784.62 |
| 8/4/2020 | 8/1/2020 | 1/1/2020 | $1,265.78 | Regular Payment | | PriorServicer | None | None | $332.15 | $522.48 | $411.15 | $0.00 | $125,063.98 | ($50.12) | $213.60 | 1784.62 |
| 8/3/2020 | 8/3/2020 | 8/1/2020 | ($505.10) | Tax Bill 1 Disbursement | Register Vacant Prop | PriorServicer | None | None | | | | ($505.10) | $0.00 | $125,396.13 | $3,329.96 | $213.60 | 1784.62 |
| 8/3/2020 | 8/3/2020 | 8/1/2020 | ($3,791.23) | Tax Bill 1 Disbursement | Lien Release Cost | PriorServicer | None | None | | | | ($3,791.23) | $0.00 | $125,396.13 | ($461.27) | $213.60 | 1784.62 |
| 7/16/2020 | 7/16/2020 | 12/1/2019 | ($15.00) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer | None | None | | | | $0.00 | $0.00 | $125,396.13 | $3,835.06 | $213.60 | 1784.62 |
| 7/2/2020 | 7/2/2020 | 12/1/2019 | $12.76 | 3rd Party Recov Fees Assess | Bk Costs | PriorServicer | None | None | | | | $0.00 | $0.00 | $125,396.13 | $3,835.06 | $213.60 | 1784.62 |
| 7/2/2020 | 7/2/2020 | 12/1/2019 | $7.50 | 3rd Party Recov Fees Assess | Bk Costs | PriorServicer | None | None | | | | $0.00 | $0.00 | $125,396.13 | $3,835.06 | $213.60 | 1784.62 |
| 7/2/2020 | 7/2/2020 | 12/1/2019 | $2.88 | 3rd Party Recov Fees Assess | Bk Costs | PriorServicer | None | None | | | | $0.00 | $0.00 | $125,396.13 | $3,835.06 | $213.60 | 1784.62 |
| 7/2/2020 | 7/2/2020 | 12/1/2019 | $13.75 | 3rd Party Recov Fees Assess | Bk Costs | PriorServicer | None | None | | | | $0.00 | $0.00 | $125,396.13 | $3,835.06 | $213.60 | 1784.62 |
| 6/30/2020 | 6/29/2020 | 12/1/2019 | $1,265.78 | Regular Payment | | PriorServicer | None | None | $330.77 | $523.86 | $411.15 | $0.00 | $125,396.13 | $3,835.06 | $213.60 | 1784.62 |
| 6/17/2020 | 6/17/2020 | 11/1/2019 | ($15.00) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer | None | None | | | | $0.00 | $0.00 | $125,726.90 | $3,423.91 | $213.60 | 1784.62 |
| 6/1/2020 | 6/1/2020 | 11/1/2019 | $5.00 | 3rd Party Recov Fees Assess | Bk Costs | PriorServicer | None | None | | | | $0.00 | $0.00 | $125,726.90 | $3,423.91 | $213.60 | 1784.62 |
| 6/1/2020 | 5/29/2020 | 11/1/2019 | $1,265.78 | Regular Payment | | PriorServicer | None | None | $329.40 | $525.23 | $411.15 | $0.00 | $125,726.90 | $3,423.91 | $213.60 | 1784.62 |
| 5/27/2020 | 5/27/2020 | 10/1/2019 | ($13.75) | 3rd Party Recov Fees Assess | Bk Costs | PriorServicer | None | None | | | | $0.00 | $0.00 | $126,056.30 | $3,012.76 | $213.60 | 1784.62 |
| 5/27/2020 | 5/27/2020 | 10/1/2019 | ($12.76) | 3rd Party Recov Fees Assess | Bk Costs | PriorServicer | None | None | | | | $0.00 | $0.00 | $126,056.30 | $3,012.76 | $213.60 | 1784.62 |
| 5/27/2020 | 5/27/2020 | 10/1/2019 | ($7.50) | 3rd Party Recov Fees Assess | Bk Costs | PriorServicer | None | None | | | | $0.00 | $0.00 | $126,056.30 | $3,012.76 | $213.60 | 1784.62 |
| 5/27/2020 | 5/27/2020 | 10/1/2019 | ($2.88) | 3rd Party Recov Fees Assess | Bk Costs | PriorServicer | None | None | | | | $0.00 | $0.00 | $126,056.30 | $3,012.76 | $213.60 | 1784.62 |
| 5/27/2020 | 5/27/2020 | 10/1/2019 | ($15.00) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer | None | None | | | | $0.00 | $0.00 | $126,056.30 | $3,012.76 | $213.60 | 1784.62 |

| Date | Date | Date | Amount | Transaction | Detail | Servicer | | | Amount | Amount | Amount | | Balance | Balance | | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/4/2020 | 5/4/2020 | 10/1/2019 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $328.03 | $526.60 | $435.78 | $0.00 | $126,056.30 | $3,012.76 | $213.60 | 3075.03 |
| 5/4/2020 | 5/4/2020 | 10/... | $1,290.41 | Regular Payment | | PriorServicer None | None | | | | | | $126,... | $2,576.98 | $213.60 | 1784.62 |
| 5/1/2020 | 5/1/2020 | 10/1/2019 | $2,416.89 | Unapplied Payment | | PriorServicer None | None | | | | $0.00 | $0.00 | $126,384.33 | $2,576.98 | $213.60 | 3075.03 |
| 4/29/2020 | 4/29/2020 | 3/1/2020 | ($5.00) | 3rd Party Recov Fees Assess | Bk Costs | PriorServicer None | None | | | | $0.00 | $0.00 | $126,384.33 | $2,576.98 | $213.60 | 658.14 |
| 4/20/2020 | 4/20/2020 | 3/1/2020 | ($15.00) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer None | None | | | | $0.00 | $0.00 | $126,384.33 | $2,576.98 | $213.60 | 658.14 |
| 4/10/2020 | 4/10/2020 | 3/1/2020 | ($15.00) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer None | None | | | | $0.00 | $0.00 | $126,384.33 | $2,576.98 | $213.60 | 658.14 |
| 3/2/2020 | 3/2/2020 | 3/1/2020 | ($15.00) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer None | None | | | | $0.00 | $0.00 | $126,384.33 | $2,576.98 | $213.60 | 658.14 |
| 2/18/2020 | 2/18/2020 | 3/1/2020 | ($775.96) | Tax Bill 1 Disbursement | Property Taxes | PriorServicer None | None | | | | ($775.96) | $0.00 | $126,384.33 | $2,576.98 | $213.60 | 658.14 |
| 1/13/2020 | 1/13/2020 | 9/1/2019 | ($15.00) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer None | None | | | | $0.00 | $0.00 | $126,384.33 | $3,352.94 | $213.60 | 658.14 |
| 12/16/2019 | 12/16/2019 | 9/1/2019 | ($15.00) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer None | None | | | | $0.00 | $0.00 | $126,384.33 | $3,352.94 | $213.60 | 658.14 |
| 10/31/2019 | 10/31/2019 | 9/1/2019 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $326.67 | $527.96 | $435.78 | | $126,384.33 | $3,352.94 | $213.60 | 1948.55 |
| 10/30/2019 | 10/28/2019 | 9/1/2019 | $1,290.41 | Unapplied Payment | | PriorServicer None | None | | | | $0.00 | $0.00 | $126,711.00 | $2,917.16 | $213.60 | 1948.55 |
| 10/18/2019 | 10/18/2019 | 8/1/2019 | ($50.00) | 3rd Party Recov Fees Assess | Attorney Cost - NR | PriorServicer None | None | | | | $0.00 | $0.00 | $126,711.00 | $2,917.16 | $213.60 | 658.14 |
| 10/1/2019 | 10/1/2019 | 8/1/2019 | ($0.50) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer None | None | | | | $0.00 | $0.00 | $126,711.00 | $2,917.16 | $213.60 | 658.14 |
| 9/30/2019 | 9/26/2019 | 8/1/2019 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $325.31 | $529.32 | $435.78 | | $126,711.00 | $2,917.16 | $213.60 | 658.14 |
| 9/11/2019 | 9/11/2019 | 7/1/2019 | ($15.00) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer None | None | | | | $0.00 | $0.00 | $127,036.31 | $2,481.38 | $213.60 | 658.14 |
| 9/4/2019 | 8/30/2019 | 7/1/2019 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $323.96 | $530.67 | $435.78 | | $127,036.31 | $2,481.38 | $213.60 | 658.14 |
| 8/5/2019 | 8/1/2019 | 6/1/2019 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $322.62 | $532.01 | $435.78 | | $127,360.27 | $2,045.60 | $213.60 | 658.14 |
| 8/1/2019 | 8/1/2019 | 8/1/2019 | ($505.10) | Tax Bill 1 Disbursement | Register Vacant Prop | PriorServicer None | None | | | | ($505.10) | $0.00 | $127,682.89 | $5,262.64 | $213.60 | 658.14 |
| 8/1/2019 | 8/1/2019 | 8/1/2019 | ($3,652.82) | Tax Bill 1 Disbursement | Lien Release Cost | PriorServicer None | None | | | | ($3,652.82) | $0.00 | $127,682.89 | $1,609.82 | $213.60 | 658.14 |
| 7/24/2019 | 7/24/2019 | 5/1/2019 | ($14.50) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer None | None | | | | $0.00 | $0.00 | $127,682.89 | $5,767.74 | $213.60 | 658.14 |
| 7/5/2019 | 6/27/2019 | 5/1/2019 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $321.28 | $533.35 | $435.78 | | $127,682.89 | $5,767.74 | $213.60 | 658.14 |
| 5/30/2019 | 5/30/2019 | 4/1/2019 | ($14.50) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer None | None | | | | $0.00 | $0.00 | $128,004.17 | $5,331.96 | $213.60 | 658.14 |
| 5/29/2019 | 5/28/2019 | 4/1/2019 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $319.95 | $534.68 | $435.78 | | $128,004.17 | $5,331.96 | $213.60 | 658.14 |
| 5/1/2019 | 4/30/2019 | 3/1/2019 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $318.62 | $536.01 | $435.78 | | $128,324.12 | $4,896.18 | $213.60 | 658.14 |
| 4/4/2019 | 4/1/2019 | 2/1/2019 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $317.30 | $537.33 | $435.78 | | $128,642.74 | $4,460.40 | $213.60 | 658.14 |
| 3/14/2019 | 3/14/2019 | 3/1/2019 | ($11.00) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer None | None | | | | $0.00 | $0.00 | $128,960.04 | $4,024.62 | $213.60 | 658.14 |
| 2/28/2019 | 2/28/2019 | 3/1/2019 | ($775.96) | Tax Bill 1 Disbursement | Property Taxes | PriorServicer None | None | | | | ($775.96) | $0.00 | $128,960.04 | $4,024.62 | $213.60 | 658.14 |
| 2/28/2019 | 2/27/2019 | 1/1/2019 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $315.98 | $538.65 | $435.78 | | $128,960.04 | $4,800.58 | $213.60 | 658.14 |
| 1/30/2019 | 1/29/2019 | 12/1/2018 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $314.67 | $539.96 | $435.78 | | $129,276.02 | $4,364.80 | $213.60 | 658.14 |
| 1/14/2019 | 1/14/2019 | 11/1/2018 | ($11.00) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer None | None | | | | $0.00 | $0.00 | $129,590.69 | $3,929.02 | $213.60 | 658.14 |
| 1/14/2019 | 1/14/2019 | 11/1/2018 | ($11.00) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer None | None | | | | $0.00 | $0.00 | $129,590.69 | $3,929.02 | $213.60 | 658.14 |
| 12/26/2018 | 12/24/2018 | 11/1/2018 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $313.36 | $541.27 | $435.78 | | $129,590.69 | $3,929.02 | $213.60 | 658.14 |
| 11/30/2018 | 11/30/2018 | 10/1/2018 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $312.06 | $542.57 | $435.78 | | $129,904.05 | $3,493.24 | $213.60 | 658.14 |
| 11/28/2018 | 11/28/2018 | 9/1/2018 | ($11.00) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer None | None | | | | $0.00 | $0.00 | $130,216.11 | $3,057.46 | $213.60 | 658.14 |
| 11/2/2018 | 11/1/2018 | 9/1/2018 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $310.77 | $543.86 | $435.78 | | $130,216.11 | $3,057.46 | $213.60 | 658.14 |
| 10/30/2018 | 10/30/2018 | 8/1/2018 | ($11.00) | 3rd Party Recov Fees Assess | FC Costs - NR | PriorServicer None | None | | | | $0.00 | $0.00 | $130,526.88 | $2,621.68 | $213.60 | 658.14 |
| 10/1/2018 | 9/28/2018 | 8/1/2018 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $309.48 | $545.15 | $435.78 | | $130,526.88 | $2,621.68 | $213.60 | 658.14 |
| 8/31/2018 | 8/31/2018 | 7/1/2018 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $308.19 | $546.44 | $435.78 | | $130,836.36 | $2,185.90 | $213.60 | 658.14 |
| 8/13/2018 | 8/13/2018 | 8/1/2018 | ($459.68) | Tax Bill 1 Disbursement | Register Vacant Prop | PriorServicer None | None | | | | ($459.68) | $0.00 | $131,144.55 | $5,743.80 | $213.60 | 658.14 |
| 8/13/2018 | 8/13/2018 | 8/1/2018 | ($3,993.68) | Tax Bill 1 Disbursement | Lien Release Cost | PriorServicer None | None | | | | ($3,993.68) | $0.00 | $131,144.55 | $1,750.12 | $213.60 | 658.14 |
| 8/1/2018 | 7/30/2018 | 6/1/2018 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $306.92 | $547.71 | $435.78 | | $131,144.55 | $6,203.48 | $213.60 | 658.14 |
| 6/29/2018 | 6/25/2018 | 5/1/2018 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $305.64 | $548.99 | $435.78 | | $131,451.47 | $5,767.70 | $213.60 | 658.14 |
| 5/31/2018 | 5/29/2018 | 4/1/2018 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $304.37 | $550.26 | $435.78 | | $131,757.11 | $5,331.92 | $213.60 | 658.14 |
| 5/1/2018 | 4/27/2018 | 3/1/2018 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $303.11 | $551.52 | $435.78 | | $132,061.48 | $4,896.14 | $213.60 | 658.14 |
| 4/11/2018 | 4/3/2018 | 2/1/2018 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $301.85 | $552.78 | $435.78 | | $132,364.59 | $4,460.36 | $213.60 | 658.14 |
| 3/12/2018 | 2/26/2018 | 1/1/2018 | $1,290.41 | Regular Payment | | PriorServicer None | None | | $300.60 | $554.03 | $435.78 | | $132,666.44 | $4,024.58 | $213.60 | 658.14 |
| 2/26/2018 | 2/26/2018 | 3/1/2018 | ($775.96) | Tax Bill 1 Disbursement | Property Taxes | PriorServicer None | None | | | | ($775.96) | $0.00 | $132,967.04 | $3,588.80 | $213.60 | 658.14 |

| Date | Date | Date | Amount | Description | Detail | Servicer | | Amount | Amount | Amount | | Balance | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/6/2018 | 1/29/2018 | 12/1/2017 | $1,290.41 | Regular Payment | | PriorServicer None | None | $299.35 | $555.28 | $435.78 | $0.00 | $132,967.04 | $4,364.76 | $213.60 | 658.14 |
| 12/29/2017 | 12/26/2017 | | | Regular Payment | | PriorServicer None | None | $296.87 | $557.76 | | | | | $213.60 | 658.14 |
| 12/6/2017 | 11/27/2017 | 10/1/2017 | $1,648.26 | Regular Payment | | PriorServicer None | None | $296.87 | $557.76 | $793.63 | $0.00 | $133,564.50 | $3,493.20 | $213.60 | 1015.99 |
| 12/6/2017 | 11/27/2017 | 10/1/2017 | ($357.85) | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $133,564.50 | $3,493.20 | $213.60 | 658.14 |
| 11/7/2017 | 10/30/2017 | 8/1/2017 | $1,648.26 | Regular Payment | | PriorServicer None | None | $294.42 | $560.21 | $793.63 | $0.00 | $134,157.01 | $1,905.94 | $213.60 | 445.52 |
| 11/7/2017 | 10/30/2017 | 8/1/2017 | $570.47 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $134,157.01 | $1,905.94 | $213.60 | 1015.99 |
| 11/7/2017 | 10/30/2017 | 9/1/2017 | $1,648.26 | Regular Payment | | PriorServicer None | None | $295.64 | $558.99 | $793.63 | $0.00 | $133,861.37 | $2,699.57 | $213.60 | 1015.99 |
| 10/4/2017 | 9/29/2017 | 7/1/2017 | $1,648.26 | Regular Payment | | PriorServicer None | None | $293.19 | $561.44 | $793.63 | $0.00 | $134,451.43 | $1,112.31 | $213.60 | 805.49 |
| 10/4/2017 | 9/29/2017 | 7/1/2017 | ($359.97) | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $134,451.43 | $1,112.31 | $213.60 | 445.52 |
| 10/2/2017 | 10/2/2017 | 6/1/2017 | ($50.00) | 3rd Party Recov Fees Assess | Attorney Cost - NR | PriorServicer None | None | | | $0.00 | $0.00 | $134,744.62 | $318.68 | $213.60 | 805.49 |
| 9/1/2017 | 8/29/2017 | 6/1/2017 | $1,648.26 | Regular Payment | | PriorServicer None | None | $291.98 | $562.65 | $793.63 | $0.00 | $134,744.62 | $318.68 | $213.60 | 1165.46 |
| 9/1/2017 | 8/29/2017 | 6/1/2017 | ($359.97) | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $134,744.62 | $318.68 | $213.60 | 805.49 |
| 8/18/2017 | 8/18/2017 | 8/1/2017 | ($3,993.36) | Tax Bill 1 Disbursement | Lien Release Cost | PriorServicer None | None | | | ($3,993.36) | $0.00 | $135,036.60 | ($474.95) | $213.60 | 1165.46 |
| 8/17/2017 | 8/17/2017 | 8/1/2017 | ($459.68) | Tax Bill 1 Disbursement | Register Vacant Prop | PriorServicer None | None | | | ($459.68) | $0.00 | $135,036.60 | $3,518.41 | $213.60 | 1165.46 |
| 8/1/2017 | 7/28/2017 | 5/1/2017 | $1,648.26 | Regular Payment | | PriorServicer None | None | $290.77 | $563.86 | $793.63 | $0.00 | $135,036.60 | $3,978.09 | $213.60 | 1525.43 |
| 8/1/2017 | 7/28/2017 | 5/1/2017 | ($359.97) | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $135,036.60 | $3,978.09 | $213.60 | 1165.46 |
| 7/26/2017 | 7/26/2017 | 5/1/2017 | $37.00 | Escrow Only Payment | | PriorServicer None | None | | | $37.00 | $0.00 | $135,327.37 | $3,184.46 | $213.60 | 1525.43 |
| 7/7/2017 | 6/30/2017 | 5/1/2017 | $1,288.29 | Regular Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $135,327.37 | $3,147.46 | $213.60 | 1525.43 |
| 6/5/2017 | 6/5/2017 | 4/1/2017 | $1,648.26 | Regular Payment | | PriorServicer None | None | $289.56 | $565.07 | $793.63 | $0.00 | $135,327.37 | $3,147.46 | $213.60 | 1885.40 |
| 6/5/2017 | 6/5/2017 | 4/1/2017 | ($1,648.26) | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $135,327.37 | $3,147.46 | $213.60 | 237.14 |
| 6/2/2017 | 6/2/2017 | 3/1/2017 | $1,648.26 | Regular Payment | | PriorServicer None | None | $288.36 | $566.27 | $793.63 | $0.00 | $135,616.93 | $2,353.83 | $213.60 | 1995.07 |
| 6/2/2017 | 6/2/2017 | 3/1/2017 | ($359.97) | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $135,616.93 | $2,353.83 | $213.60 | 1635.10 |
| 6/2/2017 | 6/2/2017 | 4/1/2017 | $250.30 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $135,616.93 | $2,353.83 | $213.60 | 1885.40 |
| 4/28/2017 | 4/28/2017 | 2/1/2017 | $1,648.26 | Regular Payment | | PriorServicer None | None | $287.16 | $567.47 | $793.63 | $0.00 | $135,905.29 | $1,560.20 | $213.60 | 1977.00 |
| 4/28/2017 | 4/28/2017 | 2/1/2017 | ($359.97) | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $135,905.29 | $1,560.20 | $213.60 | 1617.03 |
| 4/28/2017 | 4/28/2017 | 3/1/2017 | $378.04 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $135,905.29 | $1,560.20 | $213.60 | 1995.07 |
| 4/5/2017 | 4/5/2017 | 1/1/2017 | $1,648.26 | Regular Payment | | PriorServicer None | None | $285.97 | $568.66 | $793.63 | $0.00 | $136,192.45 | $766.57 | $213.60 | 1956.00 |
| 4/5/2017 | 4/5/2017 | 1/1/2017 | ($359.97) | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $136,192.45 | $766.57 | $213.60 | 1596.03 |
| 4/5/2017 | 4/5/2017 | 2/1/2017 | $380.97 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $136,192.45 | $766.57 | $213.60 | 1977.00 |
| 3/8/2017 | 3/8/2017 | 1/1/2017 | $380.97 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $136,478.42 | ($27.06) | $213.60 | 667.71 |
| 3/8/2017 | 3/8/2017 | 1/1/2017 | $1,288.29 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $136,478.42 | ($27.06) | $213.60 | 1956.00 |
| 3/7/2017 | 3/7/2017 | 12/1/2016 | $1,288.29 | Regular Payment | | PriorServicer None | None | $284.78 | $569.85 | $433.66 | $0.00 | $136,478.42 | ($27.06) | $213.60 | 1575.03 |
| 3/7/2017 | 3/7/2017 | 12/1/2016 | ($1,288.29) | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $136,478.42 | ($27.06) | $213.60 | 286.74 |
| 2/13/2017 | 2/13/2017 | 3/1/2017 | ($775.96) | Tax Bill 1 Disbursement | Property Taxes | PriorServicer None | None | | | ($775.96) | $0.00 | $136,763.20 | ($460.72) | $213.60 | 1575.03 |
| 2/9/2017 | 2/9/2017 | 11/1/2016 | $1,288.29 | Regular Payment | | PriorServicer None | None | $283.60 | $571.03 | $433.66 | $0.00 | $136,763.20 | $315.24 | $213.60 | 2863.32 |
| 2/9/2017 | 2/9/2017 | 11/1/2016 | ($1,288.29) | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $136,763.20 | $315.24 | $213.60 | 1575.03 |
| 2/8/2017 | 2/8/2017 | 10/1/2016 | $1,288.29 | Regular Payment | | PriorServicer None | None | $282.42 | $572.21 | $433.66 | $0.00 | $137,046.80 | ($118.42) | $213.60 | 1566.48 |
| 2/8/2017 | 2/8/2017 | 10/1/2016 | $1.00 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $137,046.80 | ($118.42) | $213.60 | 1567.48 |
| 2/8/2017 | 2/8/2017 | 11/1/2016 | $1,295.84 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $137,046.80 | ($118.42) | $213.60 | 2863.32 |
| 1/26/2017 | 1/26/2017 | 10/1/2016 | ($50.00) | 3rd Party Recov Fees Assess | Attorney Cost - NR | PriorServicer None | None | | | $0.00 | $0.00 | $137,329.22 | ($552.08) | $213.60 | 1566.48 |
| 1/26/2017 | 1/26/2017 | 10/1/2016 | ($166.50) | 3rd Party Recov Fees Assess | Attorney Cost - NR | PriorServicer None | None | | | $0.00 | $0.00 | $137,329.22 | ($552.08) | $213.60 | 1566.48 |
| 12/30/2016 | 12/30/2016 | 9/1/2016 | $1,288.29 | Regular Payment | | PriorServicer None | None | $281.25 | $573.38 | $433.66 | $0.00 | $137,329.22 | ($552.08) | $213.60 | 1207.52 |
| 12/30/2016 | 12/30/2016 | 9/1/2016 | $103.57 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $137,329.22 | ($552.08) | $213.60 | 1311.09 |
| 12/30/2016 | 12/30/2016 | 10/1/2016 | $255.39 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $137,329.22 | ($552.08) | $213.60 | 1566.48 |
| 12/6/2016 | 12/6/2016 | 8/1/2016 | $1,288.29 | Regular Payment | | PriorServicer None | None | $280.09 | $574.54 | $433.66 | $0.00 | $137,610.47 | ($985.74) | $213.60 | 1014.23 |
| 12/6/2016 | 12/6/2016 | 8/1/2016 | $193.29 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $137,610.47 | ($985.74) | $213.60 | 1207.52 |
| 11/3/2016 | 11/3/2016 | 7/1/2016 | $1,288.29 | Regular Payment | | PriorServicer None | None | $278.92 | $575.71 | $433.66 | $0.00 | $137,890.56 | ($1,419.40) | $213.60 | 708.41 |
| 11/3/2016 | 11/3/2016 | 7/1/2016 | $305.82 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $137,890.56 | ($1,419.40) | $213.60 | 1014.23 |
| 10/4/2016 | 10/4/2016 | 6/1/2016 | $1,287.29 | Regular Payment | | PriorServicer None | None | $277.77 | $576.86 | $432.66 | $0.00 | $138,169.48 | ($1,853.06) | $213.60 | 398.25 |
| 10/4/2016 | 10/4/2016 | 6/1/2016 | $310.16 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $138,169.48 | ($1,853.06) | $213.60 | 708.41 |
| 9/22/2016 | 9/22/2016 | 7/1/2016 | ($1,695.00) | Insurance Premium Disbursement | Modification | PriorServicer None | None | | | ($1,695.00) | $0.00 | $138,447.25 | ($2,285.72) | $213.60 | 398.25 |
| 8/31/2016 | 8/31/2016 | 5/1/2016 | $1,287.29 | Regular Payment | | PriorServicer None | None | $276.61 | $578.02 | $432.66 | $0.00 | $138,447.25 | ($590.72) | $213.60 | 58.79 |
| 8/31/2016 | 8/31/2016 | 5/1/2016 | $339.46 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $138,447.25 | ($590.72) | $213.60 | 398.25 |
| 8/23/2016 | 8/23/2016 | 8/1/2016 | ($250.00) | 3rd Party Recov Fees Assess | Attorney Cost - NR | PriorServicer None | None | | | $0.00 | $0.00 | $138,723.86 | ($1,023.38) | $213.60 | 58.79 |
| 8/17/2016 | 8/17/2016 | 8/1/2016 | ($459.68) | Tax Bill 1 Disbursement | Register Vacant Prop | PriorServicer None | None | | | ($459.68) | $0.00 | $138,723.86 | $2,970.30 | $213.60 | 58.79 |

| 8/17/2016 | 8/17/2016 | 8/1/2016 | ($3,993.68) | Tax Bill 1 Disbursement | Lien Release Cost | PriorServicer None | None | | | ($3,993.68) | $0.00 | $138,723.86 | ($1,023.38) | $213.60 | 58.79 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/2/2016 | 8/2/2016 | 3/1/2016 | $1,287.29 | Regular Payment | | PriorServicer None | None | | | | | $138,999.33 | $2,997.32 | $213.60 | 112.06 |
| 8/2/2016 | 8/2/2016 | 3/1/2016 | ($53.27) | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $138,999.33 | $2,997.32 | $213.60 | 58.79 |
| 8/2/2016 | 8/2/2016 | 4/1/2016 | $1,287.29 | Regular Payment | | PriorServicer None | None | | $579.16 | $432.66 | $0.00 | $138,723.86 | $3,429.98 | $213.60 | 58.79 |
| 7/1/2016 | 7/1/2016 | 2/1/2016 | $1,287.29 | Regular Payment | | PriorServicer None | None | $273.18 | $581.45 | $432.66 | $0.00 | $139,273.65 | $2,564.66 | $213.60 | 1399.35 |
| 7/1/2016 | 7/1/2016 | 2/1/2016 | ($1,287.29) | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $139,273.65 | $2,564.66 | $213.60 | 112.06 |
| 6/30/2016 | 6/30/2016 | 1/1/2016 | $1,287.29 | Regular Payment | | PriorServicer None | None | $272.05 | $582.58 | $432.66 | $0.00 | $139,546.83 | $2,132.00 | $213.60 | 946.64 |
| 6/30/2016 | 6/30/2016 | 1/1/2016 | $452.71 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $139,546.83 | $2,132.00 | $213.60 | 1399.35 |
| 5/26/2016 | 5/26/2016 | 9/1/2015 | $1,280.59 | Regular Payment | | PriorServicer None | None | $267.56 | $587.07 | $425.96 | $0.00 | $140,628.28 | $421.46 | $213.60 | 0.00 |
| 5/26/2016 | 5/26/2016 | 9/1/2015 | $946.64 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $140,628.28 | $421.46 | $213.60 | 946.64 |
| 5/26/2016 | 5/26/2016 | 10/1/2015 | $1,280.59 | Regular Payment | | PriorServicer None | None | $268.68 | $585.95 | $425.96 | $0.00 | $140,359.60 | $847.42 | $213.60 | 946.64 |
| 5/26/2016 | 5/26/2016 | 11/1/2015 | $1,280.59 | Regular Payment | | PriorServicer None | None | $269.80 | $584.83 | $425.96 | $0.00 | $140,089.80 | $1,273.38 | $213.60 | 946.64 |
| 5/26/2016 | 5/26/2016 | 12/1/2015 | $1,280.59 | Regular Payment | | PriorServicer None | None | $270.92 | $583.71 | $425.96 | $0.00 | $139,818.88 | $1,699.34 | $213.60 | 946.64 |
| 5/23/2016 | 5/23/2016 | 3/1/2016 | ($5.00) | 3rd Party Recov Fees Assess | Prior Servicer Cost | PriorServicer None | None | | | $0.00 | $0.00 | $140,895.84 | ($4.50) | $213.60 | 0.00 |
| 5/19/2016 | 5/19/2016 | 3/1/2016 | ($650.00) | 3rd Party Recov Fees Assess | Attorney Cost - NR | PriorServicer None | None | | | $0.00 | $0.00 | $140,895.84 | ($4.50) | $213.60 | 0.00 |
| 2/23/2016 | 2/23/2016 | 3/1/2016 | ($775.96) | Tax Bill 1 Disbursement | Property Taxes | PriorServicer None | None | | | ($775.96) | $0.00 | $140,895.84 | ($4.50) | $213.60 | 0.00 |
| 12/15/2015 | 12/15/2015 | 9/1/2015 | ($25.00) | 3rd Party Recov Fees Assess | Prior Servicer Cost | PriorServicer None | None | | | $0.00 | $0.00 | $140,895.84 | $771.46 | $213.60 | 0.00 |
| 11/16/2015 | 11/16/2015 | 9/1/2015 | ($42.72) | Late Charge Assess | | PriorServicer None | None | | | $0.00 | ($42.72) | $140,895.84 | $771.46 | $213.60 | 0.00 |
| 11/10/2015 | 11/10/2015 | 9/1/2015 | ($700.52) | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $140,895.84 | $771.46 | $170.88 | 0.00 |
| 10/20/2015 | 10/20/2015 | 9/1/2015 | $700.00 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $140,895.84 | $771.46 | $170.88 | 700.52 |
| 10/16/2015 | 10/16/2015 | 9/1/2015 | ($42.72) | Late Charge Assess | | PriorServicer None | None | | | $0.00 | ($42.72) | $140,895.84 | $771.46 | $170.88 | 0.52 |
| 9/16/2015 | 9/16/2015 | 9/1/2015 | ($42.72) | Late Charge Assess | | PriorServicer None | None | | | $0.00 | ($42.72) | $140,895.84 | $771.46 | $128.16 | 0.52 |
| 9/14/2015 | 9/14/2015 | 8/1/2015 | $561.70 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $141,162.29 | $345.50 | $85.44 | 1281.11 |
| 9/14/2015 | 9/14/2015 | 8/1/2015 | ($1,280.59) | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $141,162.29 | $345.50 | $85.44 | 0.52 |
| 9/14/2015 | 9/14/2015 | 8/1/2015 | $1,280.59 | Regular Payment | | PriorServicer None | None | $266.45 | $588.18 | $425.96 | $0.00 | $140,895.84 | $771.46 | $85.44 | 0.52 |
| 9/2/2015 | 9/2/2015 | 7/1/2015 | $1,280.59 | Regular Payment | | PriorServicer None | None | $265.35 | $589.28 | $425.96 | $0.00 | $141,162.29 | $345.50 | $85.44 | 0.00 |
| 9/2/2015 | 9/2/2015 | 7/1/2015 | $719.41 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $141,162.29 | $345.50 | $85.44 | 719.41 |
| 8/17/2015 | 8/17/2015 | 7/1/2015 | ($42.72) | Late Charge Assess | | PriorServicer None | None | | | $0.00 | ($42.72) | $141,427.64 | ($80.46) | $85.44 | 0.00 |
| 8/13/2015 | 8/13/2015 | 7/1/2015 | ($1,280.59) | Regular Payment | | PriorServicer None | Reversal | ($265.35) | ($589.28) | ($425.96) | $0.00 | $141,427.64 | ($80.46) | $42.72 | 19.41 |
| 8/13/2015 | 8/13/2015 | 7/1/2015 | $1,280.59 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $141,427.64 | ($80.46) | $42.72 | 1300.00 |
| 8/13/2015 | 8/13/2015 | 7/1/2015 | ($1,300.00) | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $141,427.64 | ($80.46) | $42.72 | 0.00 |
| 8/11/2015 | 8/11/2015 | 7/1/2015 | $1,280.59 | Regular Payment | | PriorServicer Reversal | None | $265.35 | $589.28 | $425.96 | $0.00 | $141,162.29 | $345.50 | $42.72 | 19.41 |
| 8/11/2015 | 8/11/2015 | 7/1/2015 | $19.41 | Unapplied Payment | | PriorServicer None | None | | | $0.00 | $0.00 | $141,162.29 | $345.50 | $42.72 | 19.41 |